Case Nos. 23-2159

# United States Court of Appeals
# for the Federal Circuit

OPENSKY INDUSTRIES, LLC,

*Cross-Appellant*

v.

VLSI TECHNOLOGY LLC,

*Appellant,*

JOHN A. SQUIRES, Under Secretary of Commerce for Intellectual Property and Acting Director of the United States Patent and Trademark Office,

*Intervenor.*

Appeals from the U.S. Patent & Trademark Office, Patent Trial and Appeal Board, Proceeding No. IPR2021-01064 and IPR2022-00366

## APPELLANT OPENSKY'S UNOPPOSED EMERGENCY MOTION TO POSTPONE ORAL ARGUMENT

May 5, 2026

DAVID E. BOUNDY

PIERSON FERDINAND, LLC
P.O. BOX 590638
NEWTON, MA  02459
(646) 472 9737
DavidBoundyEsq@gmail.com

*Counsel for Cross-Appellant
OpenSky Industries, LLC*

## UNOPPOSED EMERGENCY MOTION TO POSTPONE ORAL ARGUMENT

Pursuant to Federal Rule of Appellate Procedure 34(b) and Federal Circuit Rule 34(d)(3), Appellant OpenSky Industries, LLC respectfully requests postponement of oral argument for appeal 23-2159, currently scheduled for Friday, May 8. (By Order 23-2159 ECF 6, appeals 23-2158 and 23-2159 were de-consolidated for purpose of oral argument.) OpenSky requested consent of the other parties on Monday May 4.

- Intervenor Director of the USPTO does not oppose.

- In these circumstances, VLSI does not oppose the request to reschedule argument on OpenSky's cross-appeal. VLSI also would not oppose submitting the cross-appeal on the briefs if the Court deems it appropriate.

- Intel Corp., the appellee in 23-2158, understands the motion to only seek delay of oral argument for 23-2159, a case to which Intel is not a party. On that basis, Intel takes no position.

For the reasons set forth below and in the accompanying declaration of counsel filed concurrently herewith, OpenSky respectfully requests that the Court postpone the May 8, 2026, oral argument to a later sitting convenient to the Court.

- 1 -

This motion is submitted on an emergency basis because principal counsel and designated oral advocate for OpenSky, David E. Boundy, has been stricken by a sudden and severe medical emergency and a personal bereavement that render him medically unable to travel or participate meaningfully in oral argument this week.

**1. Grounds for the Motion**

As set forth in the accompanying Declaration of David E. Boundy, Mr. Boundy became extremely ill on Sunday, May 3, 2026. Physicians diagnosed his condition as involving two kidney stones. One stone passed on the afternoon of May 3, a process that was agonizing and left Mr. Boundy completely physically incapacitated and bed-ridden. The pain medications and loss of sleep have left him with diminished acuity.

As of the date of this motion, a second kidney stone remains. While the timing of its passage is undetermined, medical professionals have advised that the passage of the second stone may result in the same total physical incapacity experienced with the first. Since the onset of this illness, Mr. Boundy remains under intensive medical care.

Compounding this medical crisis, Mr. Boundy's father suffered a rapid decline in health beginning last week. He passed away on the morning of May 4, 2026.

Both circumstances were unforeseen, arose entirely within the last few days, and are outside the control of counsel or the parties. As a result, Mr. Boundy is physically incapable of preparing for or presenting oral argument. Upon learning of the extent of the medical restrictions, counsel contacted the Clerk's Office for options, and promptly notified opposing counsel for the need for postponement.

## 2. Need for Postponement

Mr. Boundy is the counsel most familiar with the record, the complex procedural history, and the legal issues to be addressed at oral argument. Given the complexity of the issues in these consolidated appeals—and the Court's specific instructions regarding the avoidance of duplicative arguments across related cases—substitution of another advocate on such short notice would unduly prejudice OpenSky and substantially diminish the effectiveness of oral argument.

## 3. Requested Relief and Availability

For the reasons described herein, and as supported by the attached Declaration, OpenSky respectfully requests that the Court postpone oral argument to a date on which the Court is in session and on which all parties are available.

OpenSky's Form 32 Response to Notice to Advise of Scheduling Conflicts of March 11 remains current.  Mr. Boundy remains available for argument on all other days in the Court's June, July, August, September, and October 2026 sessions.

For the foregoing reasons, OpenSky respectfully requests that the Court grant this Unopposed Emergency Motion to Postpone Oral Argument, remove the May 8, 2026, oral argument *for 23-2159 only* from the Court's calendar (leaving 23-2158, 23-2298, and 23-2354 calendared for May 8), and postpone oral argument for a date convenient to the Court.

Date: May 5, 2026                              By: /s/ David E. Boundy

DAVID E. BOUNDY
PIERSON FERDINAND LLC
P.O. BOX 590638
NEWTON, MA  02459
(646) 472 9737
DBoundy@PierFerd.com

*Counsel for Appellant*
  *OpenSky Industries, LLC*

- 4 -

## CERTIFICATE OF INTEREST

Counsel for Cross-Appellant OpenSky certifies the following:

1. **Represented Entities.** The full name of every entity represented by undersigned counsel in this case:

    OpenSky Industries, LLC

2. **Real Party in Interest.** There are no real parties in interest other than the entities named in 1.

3. **Parent Corporations and Stockholders.** All parent corporations and any publicly held companies that own 10 percent or more of the stock of any entity represented by me are: None

4. **Legal Representatives.** The names of all law firms, partners, and associates that have appeared for the represented entities in the trial court or agency or are expected to appear in this court, and have not already entered an appearance in this court, are:

    Andrew T. Oliver, Vinay V. Joshi, AMIN, TUROCY & WATSON LLP

    Matthew K. Blackburn, Evan E. Boetticher, SULLIVAN BLACKBURN PRATT LLP, LEWIS & ROCA LLP, and WOMBLE BOND DICKINSON (US) LLP

    POTOMAC LAW GROUP, PLLC

5. **Related Cases** that meet the criteria of Fed. Cir. R. 47.4(a)(5):

    See corrected Form 9A Notice of Related Case Information, ECF 90 filed February 12, 2025

6. This is neither a criminal case with organizational victims, nor a bankruptcy.

Date: May 5, 2026          /s/ David E. Boundy
                            David E. Boundy
                            *Counsel for Cross-Appellant OpenSky Industries, LLC*

- 5 -

Case Nos. 23-2159

# United States Court of Appeals for the Federal Circuit

OPENSKY INDUSTRIES, LLC,
*Cross-Appellant*

v.

VLSI TECHNOLOGY LLC,
*Appellant,*

JOHN A. SQUIRES, Under Secretary of Commerce for Intellectual Property and Acting Director of the United States Patent and Trademark Office, *Intervenor.*

Appeals from the U.S. Patent & Trademark Office, Patent Trial and Appeal Board, Proceeding No. IPR2021-01064 and IPR2022-00366

## DECLARATION OF DAVID E. BOUNDY IN SUPPORT OF MOTION TO POSTPONE ORGAL ARGUMENT

I, David E. Boundy, submit this declaration, pursuant to Federal Rule of Appellate Procedure 34(b) and Federal Circuit Rule 34(d)(3), in support of OpenSky's motion to postpone oral argument, and declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

- 6 -

1.    I am principal counsel of record and the designated oral advocate for Appellant OpenSky Industries, Inc. in appeal 23-2159. I am a partner in the law firm Pierson Ferdinand LLC.

2.    On Sunday, May 3, I became extremely ill. My physicians diagnosed my condition as involving two kidney stones.

3.    One stone passed on the afternoon of May 3. This process was agonizing and left me completely physically incapacitated and bed-ridden until late morning May 4.

4.    Since the onset of this illness, I have been and remain bed-ridden and under intensive medical care.

5.    As of the date of this declaration, May 5, 2026, a second kidney stone remains. My treating physicians cannot determine exactly when this second stone will pass, but they have advised that the passage of the second stone may result in the same total physical incapacity I experienced with the first.

6.    It is currently physically impossible for me to prepare for or travel to the oral argument currently scheduled for May 8, 2026.

7.    Compounding this medical crisis, my father's health declined rapidly beginning last week, and he passed away late morning of May 4, 2026.

8.   The combination of these severe medical and personal circumstances was unforeseen.  They arose entirely within the last few days, and remain outside of my control.

9.   Because of these cumulative events, I am physically and practically unable to represent my client at the scheduled hearing.

10.   I am the attorney most familiar with the record and the complex legal issues in these appeals, and no other attorney in my firm is prepared to step in on such short notice without causing substantial prejudice to the Appellant.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on May 5, 2026.

Date: May 5, 2026                    By: /s/ David E. Boundy
                                         DAVID E. BOUNDY

                                         PIERSON FERDINAND LLC
                                         P.O. BOX 590638
                                         NEWTON, MA  02459
                                         (646) 472 9737

                                         DBoundy@PierFerd.com

                                         *Counsel     for     Cross-Appellant*
                                         *OpenSky Industries, LLC*

# CERTIFICATE OF COMPLIANCE

1. This brief complies with the type-volume limit of the Federal Rules of Appellate Procedure because it contains 649 words.

2. This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) or Federal Circuit Rule 28.1 and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6).  This brief has been prepared in Century Schoolbook 14 pt, a proportionally spaced typeface.

Date: May 5, 2026                    By: /s/  David E. Boundy
                                     DAVID E. BOUNDY

                                     PIERSON FERDINAND LLC
                                     P.O. BOX 590638
                                     NEWTON, MA  02459
                                     (646) 472 9737

                                     DBoundy@PierFerd.com

                                     *Counsel     for     Cross-Appellant*
                                     *OpenSky Industries, LLC*